```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CATHY D. BROOKS-MCCOLLUM       :    MISCELLANEOUS ACTION
                                        :
    v.                                                 :
                                        :
WAYNE BERRY et al.             :    NO. 02-MC-134

## ORDER

AND NOW, this 25th day of February, 2003, upon consideration of appellant Cathy Brooks-McCollum's pro se motion to stay proceedings (docket entry # 16), and the Court finding that appellant has not identified the proceedings she seeks to stay, it is hereby ORDERED that appellant's motion is DENIED WITHOUT PREJUDICE.[1]

BY THE COURT:

_____
Stewart Dalzell, J.

---

[1] If appellant chooses to refile this motion, she must comply with Local Rule of Civil Procedure 7.1(c) ("Every motion . . . shall be accompanied by a brief containing a concise statement of the legal contentions and authorities relied upon in support of the motion.") (emphasis added).